PD-0272-15

PD-0272-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 3/12/2015 10:42:34 AM
Accepted 3/12/2015 11:28:41 AM
ABEL ACOSTA
CLERK

Cause No. PD-_____-14

| | | |
|---|---|---|
| **GARY VISE,** | § | **PETITION FOR DISCRETIONARY** |
| *Appellant-Petitioner* | § | |
| | § | **REVIEW FROM THE** |
| **v.** | § | |
| | § | **FOURTH COURT OF APPEALS** |
| **STATE OF TEXAS** | § | |
| *Appellee-Respondent.* | § | **Cause No. 04-14-00077-CR** |

## PETITIONER'S FIRST MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR DISCRETIONARY REVIEW

**TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:**

COMES NOW, GARY VISE, Petitioner, and files this motion for an extension of time in which to file his Petition for Discretionary pursuant to Texas Rules of Appellate Procedure 10.5(b) and 68.2(c). In support of this motion, Petitioner shows the court the following:

Petitioner was convicted of the felony offense of Assault Family Violence by Strangulation. The Fourth Court of Appeals affirmed the conviction on February 11, 2015. Petitioner did not request rehearing in the Fourth Court of Appeals. Petitioner's Petition for Discretionary Review is currently due on March 13, 2015.

Undersigned counsel was preparing for a Motion for New Trial hearing in *State v. Sandra Briggs* in the 187th District Court; was working on written objections to a Federal Magistrate Judge's recommendations in a 28 USC § 2254 in *Gonzales v. Thaler*, 2:14-CV-00058; on an appeal to the Fourth Court of Appeals in *Rudy*

1

*Martinez v. State* 04-14-00619-CR; and on a Petition for Discretionary in *State v. Ambrose*, PD-0143-15 that was filed in this Court on March 9, 2015. Counsel is need of additional time to research and draft Petitioner's Petition for Discretionary Review and requests that the time to file is extended to Monday April 13, 2015.

WHEREFORE, Petitioner prays this Court grant this first request and extend the time for filing her petition to Monday April 13, 2015.

Respectfully submitted:

__/s/Dayna L. Jones_____
Dayna L. Jones
Bar No. 24049450
LAW OFFICE OF DAYNA L. JONES
1800 McCullough Avenue
San Antonio, Texas 78212
(210)-255-8525– office
(210)-223-3248—fax
Daynaj33@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion was electronically sent to opposing counsel *via* U.S. Mail at 101 W. Nueva, San Antonio, Texas 78205 on March 12, 2015.

__/s/Dayna L. Jones_____
DAYNA L. JONES

Cause No. PD-_____-15

| | | |
|---|---|---|
| **GARY VISE,** | § | **PETITION FOR DISCRETIONARY** |
| *Appellant-Petitioner* | § | |
| | § | **REVIEW FROM THE** |
| **v.** | § | |
| | § | **FOURTH COURT OF APPEALS** |
| **STATE OF TEXAS** | § | |
| *Appellee-Respondent.* | § | **Cause No. 04-14-00077-CR** |

**ORDER ON PETITIONER'S FIRST MOTION FOR EXTENSION OF
TIME TO FILE PETITION FOR DISCRETIONARY REVIEW**

On this the _____ day of _____, 2015, came to be heard Petitioner's

First Motion for Extension of Time to Petition for Discretionary Review, and it

appears to the court that this motion should be:

**GRANTED**          **DENIED**

IT IS THEREFORE ORDERED that the time for filing Petitioner's Brief in

this cause be extended to _____, 2015.

SIGNED THIS THE _____ DAY OF _____, 2015.

_____

JUDGE PRESIDING

3